1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 ### EASTERN DISTRICT OF CALIFORNIA

10

11 ERIC A. ROJAS,

     Case No.  1:23-cv-01428-NODJ-BAM (PC)

12        Plaintiff,

     ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS

13     v.

     ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY

14 GATES, *et al.*,

     COURT ORDER, AND FAILURE TO PROSECUTE

15        Defendants.

16      (ECF No. 12)

17      Plaintiff Eric A. Rojas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18 *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

19      On December 20, 2023, the Court issued a screening order granting Plaintiff leave to file a

20 first amended complaint or a notice of voluntary dismissal within thirty (30) days.  (ECF No. 10.)

21 Plaintiff did not file a response.  Accordingly, on February 5, 2024, the Court issued findings and

22 recommendations to dismiss this action, with prejudice, for failure to state a claim, failure to obey

23 a court order, and failure to prosecute.  (ECF No. 12.)

24      On February 20, 2024, Plaintiff filed a first amended complaint, together with objections

25 to the findings and recommendations.  (ECF No. 13.)  Although the first amended complaint is

26 signed and dated January 14, 2024, (*id.* at 8), the objections are dated February 10, 2024, (*id.* at

27 13).  The filing also indicates that Plaintiff received both the Court's December 20, 2023

28 screening order, (*id.* at 12), as well as the February 5, 2024 findings and recommendations.

Plaintiff has provided no explanation for his failure to file his amended complaint by the prior deadline.

In light of the filing of Plaintiff's first amended complaint, and in an abundance of caution due to Plaintiff's *pro se* status, the Court finds it appropriate to vacate the pending findings and recommendations.  **However, Plaintiff is warned that in the future, he should include an explanation for his failure to miss any deadlines, and the Court will not always accept the date that a filing was signed as the date that it was mailed.**

Accordingly, the findings and recommendations issued on February 5, 2024, (ECF No. 12), are HEREBY VACATED.  Plaintiff's first amended complaint, filed February 20, 2024, will be screened in due course.

IT IS SO ORDERED.

Dated:  **February 22, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2