UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC A. ROJAS,<br><br>            Plaintiff,<br><br>     v.<br><br>GATES, et al.<br><br>            Defendants. | No.  1:23-cv-01428-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 15) |

Plaintiff Eric A. Rojas is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff's operative first amended complaint ("FAC") asserts claims under the Eighth Amendment arising from defendants' conduct prior to and during a prison yard attack.  (Doc. 13.)  The FAC also seeks declaratory relief.  (*Id.*)  On February 27, 2024, the assigned magistrate judge screened the FAC and issued findings and recommendations recommending that this action be dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted.  (Doc. 15.)  Plaintiff was directed to file objections within fourteen (14) days.  (*Id.*)  No objections were filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of the case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 27, 2024, (Doc. 15), are adopted in full;
2. This action is dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 3, 2024

_____
UNITED STATES DISTRICT JUDGE

2